# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:15-CR-3** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **ARMANDO DELGADO,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 5th day of September, 2018, upon consideration of the motion (Doc. 512) to strike the United States' opposition filed by defendant Armando Delgado ("Delgado"), wherein Delgado moves the court to strike the United States' brief in opposition to his post-trial motions because it fails to adhere to the Local Rules of Court and contains sensitive information, and further upon consideration of the United States' opposition to Delgado's motion to strike, wherein the United States concedes minor, "technical errors" with its filing but argues that the court should exercise its discretion to overlook these shortcomings, and it appearing that we have considerable discretion to depart from the requirements of the Local Rules when there is a sound reason for doing so and the opposing party is not unfairly prejudiced, United States v. Rivas, 493 F.3d 131, 141 (3d Cir. 2007) (citation omitted), and the court observing that although adherence to the Local Rules is important, the United States' instant transgressions implicate form rather than substance, and further noting that Delgado will not be prejudiced by permitting the United States to amend its opposition brief to redact the sensitive information contained therein, it is hereby ORDERED that:

1. Delgado's motion (Doc. 512) to strike the United States' opposition is GRANTED only insofar as the United States' brief in opposition (Doc. 501) will be stricken and the United States shall be permitted to file a redacted version substituting initials for victims' names. The motion to strike is DENIED in all other respects.

2. The United States shall file its amended opposition brief within five (5) days from the date of this order.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania